UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK F. BRIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE FREITAS, et al.,<br><br>    Defendants. | Case No. 16-cv-07049-MEJ (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is hereby entered. The Clerk of the court shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 13, 2017

---

MARIA-ELENA JAMES
United States Magistrate Judge